BENJAMIN B. WAGNER
United States Attorney
MATTHEW D. SEGAL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2708

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:12-MJ-348 CKD |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO EXTEND TIME FOR PRELIMINARY EXAMINATION AND EXCLUDE TIME |
| MATTHEW ROBERTS, | |
| Defendant. | |

The parties agree that time beginning February 15, 2013 and extending through February 22, 2013 should be excluded from the calculation of time under the Speedy Trial Act. Further, the Defendant consents to an extension of the time for preliminary examination until February 22, 2013. Fed. R. Crim. P. 5.1(d). The parties submit that the ends of justice are served by the Court excluding such time so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). In particular, the time is required so that the government and Defendant may exchange information, including pre-indictment discovery, and analyze its importance to the case. The parties are discussing a pre-indictment resolution to the case. The

parties submit that this interest of justice outweighs the interest of the public and the Defendant in a speedy filing of an indictment or information, in accordance with Title 18, United States Code, § 3161(b) and (h)(7)(A), and further that this good cause outweighs the public's interest in the prompt disposition of criminal cases, in accordance with Fed. R. Crim. P. 5.1(d).

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

DATE: February 8, 2013    By:    /s/ Matt Segal
MATTHEW D. SEGAL
Assistant U.S. Attorney

DATE: February 8, 2013    /s/Jeff Staniels by MDS
JEFFREY STANIELS
Counsel for Defendant

**SO ORDERED.**

DATED:  February 8, 2013

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE